**DISMISS; and Opinion Filed August 24, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00236-CV

**MOHAMMAD FAYEZ ALAQRABAWY AND SAFA ZABTIA, Appellants**

**V.**

**MIKE EDWARDS AND SALLY EDWARDS, INDIVIDUALLY AND AS NEXT FRIEND OF ADAM EDWARDS, ZEINA ALSHALABI, AND JAD ALSHALABI, MINOR CHILDREN, AND DUAA MAHMOUD AL JAZAERILI, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02696-2014**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

Before the Court is appellants' August 20, 2015 motion to dismiss the appeal. Appellants

have informed the Court that they no longer desire to pursue the appeal. Accordingly, we grant

appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150236F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MOHAMMAD FAYEZ ALAQRABAWY
AND SAFA ZABTIA, Appellants

No. 05-15-00236-CV     V.

MIKE EDWARDS AND SALLY
EDWARDS, INDIVIDUALLY AND AS
NEXT FRIEND OF ADAM EDWARDS,
ZEINA ALSHALABI, AND JAD
ALSHALABI, MINOR CHILDREN, AND
DUAA MAHMOUD AL JAZAERLI,
Appellees

On Appeal from the 219th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 219-02696-2014.
Opinion delivered by Justice Fillmore.
Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, MIKE EDWARDS AND SALLY EDWARDS, INDIVIDUALLY AND AS NEXT FRIEND OF ADAM EDWARDS, ZEINA ALSHALABI, AND JAD ALSHALABI, MINOR CHILDREN, AND DUAA MAHMOUD AL JAZAERLI, recover their costs of this appeal from appellants, MOHAMMAD FAYEZ ALAQRABAWY AND SAFA ZABTIA.

Judgment entered this 24th day of August, 2015.